Aksana M. Coone (SBN 190125)
aksana@coonelaw.com
LAW OFFICES OF AKSANA M. COONE
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Phone: (310) 556-9650
Fax: (310) 954-9008

In Association with:

John H. Hickey (FL BN 305081)
hickey@hickeylawfirm.com
HICKEY LAW FIRM
1401 Brickell Ave
Suite 510
Miami, Florida 33131
Phone (305) 371-8000
Fax: (305) 371-3542
*Appearing Pro Hac Vice*

Attorneys for Plaintiff,
RALPH VAUGHN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH VAUGHN,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>Defendant. | Case No.: 2:23−cv−01626 FMO (ASx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Fernando M. Olguin<br>Magistrate Judge: Hon. Alka Sagar |

Pursuant to Local Rule 16-15.6, Plaintiff RALPH VAUGHN and Defendant PRINCESS CRUISE LINES, LTD., hereby give notice that all the claims in the

1

matter have settled.

The parties are memorializing the terms of the settlement in a written release, and plaintiff is awaiting receipt of the settlement funds. The parties anticipate filing a Stipulation for Dismissal within the next sixty (60) days.

DATED: October 24, 2023

**LAW OFFICES OF AKSANA M. COONE**

BY: *s/ Aksana M. Coone*
Aksana M. Coone, Esq. (SBN 190125)

Attorneys for Plaintiff
RALPH VAUGHN

**HICKEY LAW FIRM, P.A.**

BY: *s/John H. Hickey*
John H. Hickey, Esq. (FL BN 305081)
(*Appearing Pro Hac Vice*)

Attorneys for Plaintiff
RALPH VAUGHN

DATED: October 24, 2023

**MALTZMAN & PARTNERS**

BY: *s/ Rafaela P. Castells*
Jeffrey B. Maltzman, (SBN 131758)
Rafaela P. Castells, (SBN 290828)

Attorneys for Defendant
PRINCESS CRUISE LINES LTD.

2
NOTICE OF SETTLEMENT    Case No.: 2:23−cv−01626 FMO (ASx)

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

DATED: October 24, 2023

HICKEY LAW FIRM

BY: *s/John H. Hickey*
John H. Hickey, Esq.
(*Appearing Pro Hac Vice*)
Attorneys for Plaintiff
RALPH VAUGHN

LAW OFFICES OF
AKSANA M. COONE

BY: *s/ Aksana M. Coone*
Aksana M. Coone, Esq.
Attorneys for Plaintiff
RALPH VAUGHN

# CERTIFICATE OF SERVICE

I, the undersigned, declare, I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Law Offices of Aksana M. Coone, 1801 Century Park East, Suite 2400, Los Angeles, CA 90067. My email address is aksana@coonlaw.com

On October 24, 2023, I served the document(s) described as follows:

**NOTICE OF SETTLEMENT**

on the interested parties in this action by sending true copies thereof to the parties shown immediately below, or in the attached service list, in the manner stated below:

\_\_\_\_ **BY MAIL:** I deposited such envelope in the U.S. mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

\_\_\_\_ **BY PERSONAL DELIVERY:** I caused the foregoing document(s) to be delivered by hand to the offices of the addressee(s).

\_\_\_\_ **BY ELECTRONIC MAIL:** I caused the foregoing document(s) to be delivered via electronic mail at the email addresses of each addressee.

\_X\_\_ **VIA ELECTRONIC FILING.** I caused the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. I certify that the participant in the case is a registered user and that service will be accomplished by the CM/ECF system.

\_\_\_\_ **BY FEDERAL EXPRESS OR OVERNIGHT COURIER**

\_X\_\_ **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Parties served:

## SERVICE LIST

Jeffrey B. Maltzman, (CA Bar No. 131758)
Rafaela P. Castells, (CA Bar No. 290828)
**MALTZMAN & PARTNERS, P.A.**
55 Miracle Mile, Suite 300
Coral Gables, FL 33134
Telephone: (305) 779-5665
Facsimile: (760) 942-9882
jeffreym@maltzmanpartners.com
rafaelac@maltzmanpartners.com
*Counsel for Defendant Princess Cruise Lines, Ltd. d/b/a Princess Cruises*

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on October 24, 2023, at Los Angeles, California.

By: */s Aksana M. Coone*
_____
Aksana M. Coone, Esq.