UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH VAUGHN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>　　　　Defendant. | Case No.: 2:23-cv-01626-FMO (ASx)<br><br>**ORDER RE: STIPULATION [33] GRANTING DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: March 3, 2023<br>District Judge: Hon. Fernando M. Olguin<br>Magistrate Judge: Hon. Alka Sagar |

　　　Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

　　　1.　　All claims in the above-entitled action are dismissed in their entirety with prejudice; and

　　　2.　　Each party to bear its own fees and costs;

**IT IS SO ORDERED.**

Dated: December 11, 2023　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　Honorable Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　United States District Judge